UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON VINCENT JOBIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI-MENDOTA,<br><br>　　　　Respondent. | No. 1:23-cv-01700-WBS-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 15)<br><br>ORDER GRANTING IN PART AND DENYING IN PART RESPONDENT'S MOTION TO DISMISS<br><br>ORDER GRANTING IN PART AND DENYING IN PART PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

　　　　Petitioner Damon Vincent Jobin is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 1, 2024, the assigned Magistrate Judge issued Findings and Recommendations to grant in part and deny in part the petition and direct Respondent to recalculate Petitioner's sentence.  (Doc. 15.)  The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 21 days.  On April 25, 2024, Respondent filed objections to the Findings and Recommendations. (Doc. 16.)  Plaintiff did not file objections or a

1

1  reply to Respondent's objections, and the time to do so has passed.

2  According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this
3  case. Having carefully reviewed the matter, the Court concludes the Findings and
4  Recommendations are supported by the record and proper analysis.

5  In the event a notice of appeal is filed, a certificate of appealability will not be required
6  because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241,
7  not a final order in a habeas proceeding in which the detention complained of arises out of
8  process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997);
9  *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th
10 Cir. 1996).

11 Based upon the foregoing, the Court **ORDERS**:

12 1. The Findings and Recommendations issued on April 1, 2024, (Doc. 15), are
13    **ADOPTED IN FULL**;
14 2. Respondent's motion to dismiss is **GRANTED IN PART** and **DENIED IN**
15    **PART**;
16 3. The petition for writ of habeas corpus is **GRANTED** on Ground One and
17    **DENIED** on Ground Two;
18 4. Respondent is **DIRECTED** to recalculate Petitioner's sentence utilizing
19    September 14, 2020, as the correct start date on which Petitioner became eligible
20    to begin earning FSA credits;
21 5. The Clerk of Court is **DIRECTED** to enter judgment and close the case, and
22 6. In the event a notice of appeal is filed, no certificate of appealability is required.
23 This order terminates the action in its entirety.

24 Dated: May 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2