UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DAMON VINCENT JOBIN,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN, FCI-MENDOTA,<br><br>        Respondent. | No. 1:23-cv-1700 WBS SKO<br><br><br>ORDER |

----oo0oo----

        Defendant's filing at Docket No. 23 regarding respondent's purported noncompliance with the court's order is hereby REFERRED to the assigned Magistrate Judge for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

        IT IS SO ORDERED.

Dated: May 2, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1