UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON VINCENT JOBIN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI-MENDOTA,<br><br>Respondent. | No. 1:23-cv-01700-WBS-SKO (HC)<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S MOTION REQUESTING COMPLIANCE WITH COURT ORDER<br><br>(Doc. 23)<br><br>[21-DAY DEADLINE] |

Petitioner Damon Vincent Jobin is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 30, 2024, the Court issued an order granting the petition in part and directing Respondent to recalculate Petitioner's sentence using September 14, 2020, as the correct start date on which Petitioner became eligible to begin earning FSA credits. (Doc. 17.) On January 6, 2025, Petitioner filed a motion requesting that Respondent comply with the Court's order. (Doc. 23.) Petitioner states Respondent has not recalculated his sentence in accordance with the Court's May 30, 2024, order.

/////

/////

1

**ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. Within twenty-one (21) days of the date of service of this order, Respondent is DIRECTED to respond to Petitioner's motion of January 6, 2025, and address whether Petitioner's sentence has been recalculated, and if not, why it has not done so; and

2. Petitioner MAY FILE a reply to Respondent's response within fourteen (14) days of Respondent's response.

IT IS SO ORDERED.

Dated:   **May 5, 2025**                       /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

2