UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON VINCENT JOBIN, | No. 1:23-cv-01700-WBS-SKO (HC) |
| Petitioner, | ORDER |
| v. | (Doc. 23) |
| WARDEN, FCI-MENDOTA, | |
| Respondent. | |

    Petitioner Damon Vincent Jobin is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On May 30, 2024, the Court issued an order granting the petition in part and directing Respondent to recalculate Petitioner's sentence utilizing September 14, 2020, as the correct start date on which Petitioner became eligible to begin earning FSA credits. (Doc. 17.) On January 6, 2025, Petitioner filed a motion requesting Respondent be forced to comply with the Court's order. (Doc. 23.) Petitioner stated Respondent had not recalculated his sentence in accord with the Court's May 30, 2024, order.

    On May 5, 2025, the Court issued an order directing Respondent to address Petitioner's request. (Doc. 26.) Respondent filed its response on May 27, 2025. (Docs. 27, 28.) Respondent submits that Petitioner's sentence has in fact been recalculated utilizing September 14, 2020, as

1

the correct start date for FSA credit-earning eligibility. (Doc. 27.) In support, Respondent has submitted an FSA Time Credit Assessment form. (Doc. 28.) According to the form, Petitioner's FSA eligibility commences on September 14, 2020, as per the Court's order, and his projected FSA release date is November 20, 2028. (Doc. 28 at 3, 7.) Respondent has therefore shown that he has complied with the Court's order, and Petitioner's motion must be denied as moot.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Petitioner's request to force compliance (Doc. 23) is DENIED as moot. The case remains closed.

Dated:  May 30, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2